41

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** KENNTH COPE DEILY, JR.
203 PENNY LANE
STEVENSVILLE, MD 21666

Case No: 17-20841-TJC
Judge: Thomas J. Catliota
Date: 4/30/2018

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 001 | TOWER FEDERAL CREDIT UNION / 7901 SANDY SPRING ROAD LAUREL, MD 20707-3589 | | | DirectPay 8,453.49 |
| | Acct: 0211 | | | |
| | Comment: SURRENDER PER PLAN | | | |
| 002 | TOWER FEDERAL CREDIT UNION / 7901 SANDY SPRING ROAD LAUREL, MD 20707-3589 | 14,787.37 5.5900% | From 08/11/2017 | Secured |
| | Acct: 0212 | | | |
| | Comment: | | | |
| 003 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI P O BOX 7346 / PHILADELPHIA, PA 19101-7346 | 4,675.06 | | Priority |
| | Acct: 3877 | | | |
| | Comment: | | | |
| 003 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI P O BOX 7346 / PHILADELPHIA, PA 19101-7346 | 6,427.56 3.0000% | From 08/11/2017 | Unsecured |
| | Acct: 3877 | | | |
| | Comment: | | | |
| 004 | REAL TIME RESOLUTIONS INC / 1349 EMPIRE CENTRAL DR #150 DALLAS, TX 75247-4029 | | | DirectPay 46,643.77 |
| | Acct: 9050 | | | |
| | Comment: SURRENDER PER PLAN | | | |
| 005 | PRA RECEIVABLES MANAGEMENT LLC / ADVANTA BANK CORP P O BOX 41067 / NORFOLK, VA 23541 | 2,098.25 3.0000% | From 08/11/2017 | Unsecured |
| | Acct: 7729 | | | |
| | Comment: TSF 10-24-17 | | | |
| 006 | BANK OF AMERICA / PO BOX 15312 WILMINGTON, DE 19850-5312 | 1,003.51 | | Secured |
| | Acct: 5677 | | | |
| | Comment: | | | |
| 007 | US BANK NA TRUSTEE / C/O OCWEN LOAN SERVICING LLC 1661 WORTHINGTON ROAD #100 / WEST PALM BEACH, FL 33409 | 8,499.83 | | Secured |
| | Acct: 2683 | | | |
| | Comment: | | | |
| 008 | DEUTSCHE BANK NA AS TRUSTEE / OCWEN LOAN SERVICING LL PO BOX 24605 / WEST PALM BEACH, FL 33416-4605 | 11,307.00 6.0000% | From 08/11/2017 | Secured |
| | Acct: 0668 | | | |
| | Comment: ORD #46 4/13/18 (EMP PER | | | |
| 008 | DEUTSCHE BANK NA AS TRUSTEE / OCWEN LOAN SERVICING LL PO BOX 24605 / WEST PALM BEACH, FL 33416-4605 | 22,543.89 3.0000% | From 08/11/2017 | Unsecured |
| | Acct: 0668 | | | |
| | Comment: Split Claim | | | |

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

Case No: 17-20841-TJC
Judge: Thomas J. Catliota
Date: 4/30/2018

**IN RE:** KENNTH COPE DEILY, JR.
203 PENNY LANE
STEVENSVILLE, MD 21666

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 009 | THE BANK OF NEW YORK MELLON TRUST / OCWEN LOAN SERVIC<br>PO BOX 24605 / WEST PALM BEACH, FL 33416-4605 | | | DirectPay<br>290,395.85 |
| | Acct: 1436 | | | |
| | Comment: SURRENDER PER PLAN | | | |
| 010 | COMPTROLLER OF THE TREASURY / COMPLIANCE DIVISION/IND<br>301 W PRESTON STREET #409 / BALTIMORE, MD 21201-2383 | 2,452.00<br>3.0000% From 08/11/2017 | | Unsecured |
| | Acct: 3877 | | | |
| | Comment: | | | |
| 011 | DISCOVER BANK / DB SERVICING CORPORATION<br>P O BOX 3025 / NEW ALBANY, OH 43054 | 1,282.62<br>3.0000% From 08/11/2017 | | Unsecured |
| | Acct: 3699 | | | |
| | Comment: | | | |
| 012 | US DEPT OF EDUCATION / NELNET<br>121 SOUTH 13TH STREET #201 / LINCOLN, NE 68508 | | | DirectPay<br>39,628.42 |
| | Acct: 3877 | | | |
| | Comment: CLASSIFIED OUTSIDE PER | | | |
| 013 | STONEGATE HOA / THOMAS M MEACHUM ESQUIRE<br>10715 CHARTER DRIVE #200 / COLUMBIA, MD 21044 | 513.00<br>3.0000% From 08/11/2017 | | Unsecured |
| | Acct: 3877 | | | |
| | Comment: | | | |
| 014 | LOGIX FEDERAL CREDIT UNION / PO BOX 6759<br>BURBANK, CA 91510 | 3,399.83<br>3.0000% From 08/11/2017 | | Unsecured |
| | Acct: 0702 | | | |
| | Comment: | | | |
| 015 | LOGIX FEDERAL CREDIT UNION / PO BOX 6759<br>BURBANK, CA 91510 | 991.08<br>3.0000% From 08/11/2017 | | Unsecured |
| | Acct: 0709 | | | |
| | Comment: | | | |
| 016 | CAPITAL ONE / AMERICAN INFOSOURCE LP<br>P O BOX 71083 / CHARLOTTE, NC 28272-1083 | 3,948.52<br>3.0000% From 08/11/2017 | | Unsecured |
| | Acct: 3677 | | | |
| | Comment: | | | |
| 017 | QUANTUM3 GROUP LLC / SADINO FUNDING LLC<br>PO BOX 788 / KIRKLAND, WA 98083-0788 | 1,559.38<br>3.0000% From 08/11/2017 | | Unsecured |
| | Acct: 0865 | | | |
| | Comment: | | | |
| 018 | QUANTUM3 GROUP LLC / MOMA FUNDING LLC<br>PO BOX 788 / KIRKLAND, WA 98083 | 2,137.81<br>3.0000% From 08/11/2017 | | Unsecured |
| | Acct: 4081 | | | |
| | Comment: | | | |

41

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

Case No: 17-20841-TJC
Judge: Thomas J. Catliota
Date: 4/30/2018

**IN RE:** KENNTH COPE DEILY, JR.
203 PENNY LANE
STEVENSVILLE, MD 21666

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 019 | QUANTUM3 GROUP LLC / MOMA FUNDING LLC<br>PO BOX 788 / KIRKLAND, WA 98083 | 2,715.75<br>3.0000% From 08/11/2017 | | Unsecured |
| | Acct: 2211 | | | |
| | Comment: | | | |
| 020 | AUTO BANK INC / 10022 EASTERN BOULEVARD<br>ESSEX, MD 21221 | | | DirectPay<br>.00 |
| | Acct: | | | |
| | Comment: OUTSIDE PER PLAN (#8) | | | |
| 021 | MARINERS COVE CONDO ASSOC / 3700 S ATLANTIC AVENUE<br>NEW SMYRNA BEACH, FL 00000-3216 | | | DirectPay<br>.00 |
| | Acct: | | | |
| | Comment: OUTSIDE PER PLAN (#8) | | | |
| 022 | APPLIED BANK / PO BOX 70165<br>PHILADELPHIA, PA 19176-0165 | None | | Not Filed<br>.00 |
| | Acct: 3080 | | | |
| | Comment: | | | |
| 023 | AVANT / 222 N LASALLE STREET  #1700<br>CHICAGO, IL 60601 | None | | Not Filed<br>.00 |
| | Acct: | | | |
| | Comment: | | | |
| 024 | BEST BUY / P O BOX 790441<br>ST LOUIS, MO 63179 | None | | Not Filed<br>.00 |
| | Acct: 7739 | | | |
| | Comment: | | | |
| 025 | BARCLAYS BANK / PO BOX 8803<br>WILMINGTON, DE 19899 | None | | Not Filed<br>.00 |
| | Acct: 9748 | | | |
| | Comment: | | | |
| 026 | CBNA / 50 NORTHWEST POINT RD<br>ELK GROVE, IL 60007 | None | | Not Filed<br>.00 |
| | Acct: 0269 | | | |
| | Comment: | | | |
| 027 | CERULEAN / PO BOX 31292<br>TAMPA, FL 33631 | None | | Not Filed<br>.00 |
| | Acct: | | | |
| | Comment: | | | |
| 028 | COLUMBIA ASSOCIATION INC / 6310 HILLSIDE COURT #100<br>COLUMBIA, MD 21046-1070 | None | | Not Filed<br>.00 |
| | Acct: | | | |
| | Comment: | | | |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** KENNTH COPE DEILY, JR.
203 PENNY LANE
STEVENSVILLE, MD 21666

Case No: 17-20841-TJC
Judge: Thomas J. Catliota
Date: 4/30/2018

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be  paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 029 | FREEDOM PLUS / 1875 SOUTH GRANT STREET SAN MATEO, CA 94402 | None | | Not Filed .00 |
| | Acct: 0469 | | | |
| | Comment: | | | |
| 030 | FIRST FINANCIAL FCU / 1215 YORK ROAD   STE B2 LUTHERVILLE TIMONIUM, MD 21093 | None | | Not Filed .00 |
| | Acct: 0909 | | | |
| | Comment: | | | |
| 031 | MID AMERICA BANK CONTINENTAL FINANC / PO BOX 8099 NEWARK, DE 19714 | None | | Not Filed .00 |
| | Acct: 9390 | | | |
| | Comment: | | | |
| 032 | PLAIN GREEN LOANS / 93 MACK ROAD  #600 P O BOX 270 / BOX ELDER, MT 59521 | None | | Not Filed .00 |
| | Acct: 3793 | | | |
| | Comment: | | | |
| | Total | 90,342.46 | | |
| | CHRISTOPHER J McGRADY ESQ CHRISTMAN _FASCETTA LLC 810 GLENEAGLES COURT #301 TOWSON, MD 21286 | 3,600.00 | | Debtor's Attorney |

   Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007
 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

I hereby certify that on 04/30/2018 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid.  I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee